# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| SARAI GABAR, ) | |
| a/k/a QUANSA THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:21-CV-00027 SRC |
| ) | |
| THE HONORABLE ELLEN W. DUNNE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## Memorandum and Order

This matter is before the Court upon its own motion. Self-represented plaintiff Sarai Gabar filed this civil action on January 7, 2021; however, Plaintiff neither paid the Court filing fee nor filed a motion to proceed without prepayment of fees or costs.

Accordingly, the Court orders the Clerk to send Plaintiff an 'Application to Proceed in District Court without Prepaying Fees or Costs' form. The Court further orders that Plaintiff must either pay the $400 filing fee or submit a motion to proceed without prepaying fees or costs within **twenty-one (21) days** of the date of this Order. Failure to comply with this Order will result in the dismissal of this action without prejudice.

Dated this 11th day of January 2021.

*SLR.CR*

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE

–1–